**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-2620**
_____

GILBERT M. KOVER,

                              Plaintiff - Appellant,

        versus

WESTINGHOUSE ELECTRIC CORPORATION,

                              Defendant - Appellee.

_____

**No. 95-2621**
_____

GERALD P. STARR,

                              Plaintiff - Appellant,

        versus

WESTINGHOUSE ELECTRIC CORPORATION,

                              Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
Maryland, at Baltimore.  M. J. Garbis, District Judge.  (CA-94-
3001-MJG, CA-94-3002-MJG)

_____

Submitted:  February 7, 1996      Decided:  February 21, 1996

_____

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gilbert M. Kover, Gerald P. Starr, Appellants Pro Se.  Glen David Nager, Robert H. Klonoff, JONES, DAY, REAVIS & POGUE, Washington, D.C.; Steven Thomas Catlett, JONES, DAY, REAVIS & POGUE, Columbus, Ohio; Brian K. Williams, Assistant General Counsel, WESTINGHOUSE ELECTRIC CORPORATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal from the district court's orders dismissing their complaints alleging violations of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.A. §§ 621-34 (West 1985 & Supp. 1995). We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kover v. Westinghouse Electric Corp., No. CA-94-3001-MJG; Starr v. Westinghouse Electric Corp., No. CA-94-3002-MJG (D. Md. Aug. 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2